## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 11 CV 3241

UNILEVER SUPPLY CHAIN, INC.

          Plaintiff,

   v.

KOOLPETS PRODUCTS, INC., a/k/a
PRODUITS KOOLPETS, INC.,
FRANCOIS MAROIS and
DANY K. KOURI

          Defendants

### RETURN OF SERVICE UNDER OATH OF OFFICE
### AFFIDAVIT OF SERVICE

I, JENNIFER ST-CYR, a sworn Bailiff practicing my profession in the Province of Québec, a member in due course of the Chambre des huissiers de justice du Québec, having my office at 511, d'Armes Place, Suite 800, in the City of Montréal, Province of Québec, Canada, being under my oath of office, DO DECLARE:

1-     THAT I am over twenty-one years old and not party of this action;

2-     THAT I am a court bailiff, being an Officer of justice duly qualified and authorized by the laws of the Province of Québec to effect service of legal process in and within the limits of the said Province;

3-     THAT I did on Wednesday, the 18th day of May, 2011, at 11:00 a.m., serve a copy of a **SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND WITH EXHIBIT "A", INDIVIDUAL PRACTICES OF NAOMI REICE BUCHWALD UNITED STATES DISTRICT JUDGE AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS** upon KOOLPETS PRODUCTS INC./PRODUITS KOOLPETS INC., one of the Defendants in this action, therein named, by speaking to and leaving the same thereof for KOOLPETS PRODUCTS INC./PRODUITS KOOLPETS INC., with DENIS BEAUDRY, Secretary of the Board of Directors, a person authorized to accept service of legal process on behalf of KOOLPETS PRODUCTS INC./PRODUITS KOOLPETS INC., at its said place of business at 1100, René-Lévesque Boulevard West, Suite 2500, in the City of Montréal, Province of Québec, H3B 5C9, Canada;

4-     THAT the said DENIS BEAUDRY declared to me that he is a person authorized to accept service of legal process on its behalf;

5-     THAT the said DENIS BEAUDRY accepted the document so served on behalf of the said respondent company.

                   AND I HAVE SIGNED,
                   This 20th day of May, 2011

                   JENNIFER ST-CYR
                   Bailiff of justice