AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| UNILEVER SUPPLY CHAIN, INC. | ) | **11 CV 3241** |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| KOOLPETS PRODUCTS, INC., a/k/a PRODUITS KOOLPETS, INC., FRANCOIS MAROIS et. al | ) ) ) | JUDGE BUCHWALD |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Koolpets Products, Inc. a/k/a Produits Koolpets, Inc.
1100 Rene-Levesque Boulevard West
Montreal, Quebec H3B 5C9 Canada

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date: MAY 12 2011

*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 11 CV 3241

UNILEVER SUPPLY CHAIN, INC.

    Plaintiff,

v.

KOOLPETS PRODUCTS, INC., a/k/a
PRODUITS KOOLPETS, INC.,
FRANCOIS MAROIS and
DANY K. KOURI

    Defendants

## RETURN OF SERVICE UNDER OATH OF OFFICE
## AFFIDAVIT OF SERVICE

I, ALAIN LAROSE, a sworn Bailiff practicing my profession in the Province of Québec, a member in due course of the Chambre des huissiers de justice du Québec, having my office at 511, d'Armes Place, Suite 800, in the City of Montréal, Province of Québec, Canada, being under my oath of office, DO DECLARE:

1-     THAT I am over twenty-one years old and not party of this action;

2-     THAT I am a court bailiff, being an Officer of justice duly qualified and authorized by the laws of the Province of Québec to effect service of legal process in and within the limits of the said Province;

3-     THAT I did on Wednesday, the 18th day of May, 2011, at 7:10 p.m., serve a copy of a **SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND WITH EXHIBIT "A", INDIVIDUAL PRACTICES OF NAOMI REICE BUCHWALD UNITED STATES DISTRICT JUDGE AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS** upon KOOLPETS PRODUCTS INC./PRODUITS KOOLPETS INC., one of the Defendants in this action, therein named, by speaking to and leaving the same thereof for KOOLPETS PRODUCTS INC./PRODUITS KOOLPETS INC. C/O DANY K. KOURI, PRESIDENT, with DANY K. KOURI, Officer of Koolpets Products Inc./Produits Koolpets Inc., a person authorized to accept service of legal process on behalf of KOOLPETS PRODUCTS INC./PRODUITS KOOLPETS INC., in person, at his said domicile located at 38, De Sorel Street, in the City of Blainville, Province of Québec, J7B 2A2, Canada;

4-     THAT the said DANY K. KOURI accepted the proceeding so served on behalf of KOOLPETS PRODUCTS INC./PRODUITS KOOLPETS INC.;

5-     THAT the said DANY K. KOURI identified himself by means of verbal acknowledgement.

AND I HAVE SIGNED,
This 20th day of May, 2011

ALAIN LAROSE
Bailiff of justice

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

Civil Action No. 11 CV 3241

UNILEVER SUPPLY CHAIN, INC.

        Plaintiff,

v.

KOOLPETS PRODUCTS, INC., a/k/a
PRODUITS KOOLPETS, INC.,
FRANCOIS MAROIS and
DANY K. KOURI

        Defendants

---

### RETURN OF SERVICE UNDER OATH OF OFFICE
### AFFIDAVIT OF SERVICE

    I, JENNIFER ST-CYR, a sworn Bailiff practicing my profession in the Province of Québec, a member in due course of the Chambre des huissiers de justice du Québec, having my office at 511, d'Armes Place, Suite 800, in the City of Montréal, Province of Québec, Canada, being under my oath of office, DO DECLARE:

1-     THAT I am over twenty-one years old and not party of this action;

2-     THAT I am a court bailiff, being an Officer of justice duly qualified and authorized by the laws of the Province of Québec to effect service of legal process in and within the limits of the said Province;

3-     THAT I did on Wednesday, the 18th day of May, 2011, at 11:00 a.m., serve a copy of a **SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND WITH EXHIBIT "A", INDIVIDUAL PRACTICES OF NAOMI REICE BUCHWALD UNITED STATES DISTRICT JUDGE AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS** upon KOOLPETS PRODUCTS INC./PRODUITS KOOLPETS INC., one of the Defendants in this action, therein named, by speaking to and leaving the same thereof for KOOLPETS PRODUCTS INC./PRODUITS KOOLPETS INC., with DENIS BEAUDRY, Secretary of the Board of Directors, a person authorized to accept service of legal process on behalf of KOOLPETS PRODUCTS INC./PRODUITS KOOLPETS INC., at its said place of business at 1100, René-Lévesque Boulevard West, Suite 2500, in the City of Montréal, Province of Québec, H3B 5C9, Canada;

4-     THAT the said DENIS BEAUDRY declared to me that he is a person authorized to accept service of legal process on its behalf;

5-     THAT the said DENIS BEAUDRY accepted the document so served on behalf of the said respondent company.

                              AND I HAVE SIGNED,
                              This 20th day of May, 2011

                              JENNIFER ST-CYR
                              Bailiff of justice