AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

11 CV 3241

UNILEVER SUPPLY CHAIN, INC.

                    Plaintiff
            v.                                    Civil Action No.    JUDGE BUCHWALD

KOOLPETS PRODUCTS, INC., a/k/a PRODUITS
KOOLPETS, INC., FRANCOIS MAROIS et. al
                    Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Francois Marois
8930 Croissant de Louve, #4
Brossard, Quebec J4Y 0B2, Canada

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

MAY 1 2 2011

Date: _____                            _____
                                                  *Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

UNILEVER SUPPLY CHAIN, INC.

      Plaintiff,

v.

KOOLPETS PRODUCTS, INC., a/k/a
PRODUITS KOOLPETS, INC.,
FRANCOIS MAROIS and
DANY K. KOURI

      Defendants

Civil Action No. 11 CV 3241

---

### RETURN OF SERVICE UNDER OATH OF OFFICE
### AFFIDAVIT OF SERVICE

      I, MAUREEN DUBÉ, a sworn Bailiff practicing my profession in the Province of Québec, a member in due course of the Chambre des huissiers de justice du Québec, having my office at 1470, Chambly Road, Suite 250, in the City of Longueuil, Province of Québec, Canada, being under my oath of office, DO DECLARE:

1-     THAT I am over twenty-one years old and not party of this action;

2-     THAT I am a court bailiff, being an Officer of justice duly qualified and authorized by the laws of the Province of Québec to effect service of legal process in and within the limits of the said Province;

3-     THAT I did on Tuesday, the 17th day of May, 2011, at 6:48 p.m., serve a copy of a **SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND WITH EXHIBIT "A", INDIVIDUAL PRACTICES OF NAOMI REICE BUCHWALD UNITED STATES DISTRICT JUDGE AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS** upon FRANÇOIS MAROIS, one of the Defendants in this action, therein named, by speaking to and leaving the same thereof for him, with him, in person, at his said domicile located at 8930, Du Louvre Crescent, apt. 4, in the City of Brossard, Province of Québec, J4Y 0B2, Canada;

4-     THAT the said FRANÇOIS MAROIS accepted the proceeding so served;

5-     THAT the said FRANÇOIS MAROIS identified himself by means of verbal acknowledgement.

                                AND I HAVE SIGNED,
                                This 20th day of May, 2011

                                MAUREEN DUBÉ
                                Bailiff of justice