Buckwood

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNILEVER SUPPLY CHAIN, INC.,

                Plaintiff,

      - against -

KOOLPETS PRODUCTS, INC. a/k/a PRODUITS
KOOLPETS, INC., FRANCOIS MAROIS, et. al

                Defendants.
----------------------------------------X

Case No. 11 CV 3241 (NRB)

**STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT**

        IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel for Plaintiff and Defendants, that Defendants' time to answer or otherwise respond to the Complaint is extended up to and including July 8, 2011. The deadline to answer or otherwise respond to the Complaint for Defendant Koolpets Products, Inc. a/k/a Produits Koolpets, Inc. is currently June 7, 2011 and for Defendants Francois Marois and Dany K. Kouri it is currently June 8, 2011. This is the first request for an extension.

        IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts with email, PDF or facsimile signatures treated as originals.

Dated: New York, New York
       June 3, 2011

DUANE MORRIS LLP

By: _____
Gregory P. Gulia
Mitchell A. Frank
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
*Attorneys for Plaintiff*

CARTER LEDYARD & MILBURN LLP

By: _____
Lawrence F. Carnevale
Rose Auslander
2 Wall Street
New York, New York 10005
*Attorneys for the Defendants*

SO ORDERED:

_____
U.S.D.J.   6/6/11

6799627.1