USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNILEVER SUPPLY CHAIN, INC.

               Plaintiff,

     - against -

KOOLPETS PRODUCTS, INC. a/k/a PRODUITS
KOOLPETS, INC., FRANCOIS MAROIS, et al.

               Defendants.
----------------------------------------X

Case No. 11 CV 3241 (NRB)

STIPULATION FURTHER
EXTENDING TIME TO RESPOND
TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel for Plaintiff and Defendants, that Defendants' time to answer or otherwise respond to the Complaint is extended up to and including August 8, 2011. The deadline to answer or otherwise respond to the Complaint for all Defendants is currently July 8, 2011. The original deadline to answer or otherwise respond to the Complaint for Defendant Koolpets Products, Inc. a/k/a Produits Koolpets, Inc. was June 7, 2011 and for Defendants Francois Marois and Dany K. Kouri it was June 8, 2011. This is the second request for an extension. The first request for an extension was granted on June 6, 2011.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts with email, PDF or facsimile signatures treated as originals.

Dated: New York, New York
       July 1, 2011

DUANE MORRIS LLP

By: _____
Gregory P. Gulia
Mitchell A. Frank
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
*Attorneys for Plaintiff*

CARTER LEDYARD & MILBURN LLP

By: _____
Lawrence F. Carnevale
Rose Auslander
2 Wall Street
New York, New York 10005
*Attorneys for the Defendants*

SO ORDERED:

_____
U.S.D.J.
7/5/11

6815074.1