


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNILEVER SUPPLY CHAIN, INC.                    :        Case No. 11 CV 3241 (NRB)
                                               :
                Plaintiff,                     :
                                               :        **STIPULATION FURTHER**
            - against -                        :        **EXTENDING TIME TO RESPOND**
                                               :        **TO COMPLAINT**
KOOLPETS PRODUCTS, INC. a/k/a                  :
PRODUITS KOOLPETS, INC., FRANCOIS              :
MAROIS, et al.                                 :
                                               :
                Defendants.                    :
-------------------------------------------------------X

        **IT IS HEREBY STIPULATED AND AGREED** between the undersigned counsel

for Plaintiff and Defendants, that Defendants' time to answer or otherwise respond to the Complaint

is extended up to and including September 22, 2011. The deadline to answer or otherwise respond to

the Complaint for all Defendants is currently August 8, 2011. The original deadline to answer or

otherwise respond to the Complaint for Defendant Koolpets Products, Inc. a/k/a Produits Koolpets,

Inc. was June 7, 2011 and for Defendants Francois Marois and Dany K. Kouri it was June 8, 2011.

This is the third request for an extension. The first request for an extension was granted on June 6,

2011. The second request was granted on July 5, 2011.

        **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be

executed in counterparts with email, PDF or facsimile signatures treated as originals.

Dated: New York, New York
       August 5, 2011

**DUANE MORRIS LLP**                                   **CARTER LEDYARD & MILBURN LLP**

By: _____                         By: _____
Gregory P. Gulia                                       Lawrence F. Carnevale
Mitchell A. Frank                                      Rose Auslander
Vanessa C. Hew                                         2 Wall Street
1540 Broadway                                          New York, New York 10005
New York, New York 10036-4086                          *Attorneys for the Defendants*
*Attorneys for Plaintiff*

6833140.1

SO ORDERED:

_____

U.S.D.J.                    8/8/11

6995219.3

6833140.1