USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/11

Buchwald, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNILEVER SUPPLY CHAIN, INC.          :     Case No. 11 CV 3241 (NRB)
                                     :
                  Plaintiff,         :
                                     :
                - against -          :     **STIPULATION FURTHER**
                                     :     **EXTENDING TIME TO RESPOND**
                                     :     **TO COMPLAINT**
KOOLPETS PRODUCTS, INC. a/k/a        :
PRODUITS KOOLPETS, INC., FRANCOIS    :
MAROIS, et al.                       :
                                     :
                  Defendants.        :
------------------------------------------------------------ X

   **IT IS HEREBY STIPULATED AND AGREED** between the undersigned counsel for

Plaintiff and Defendants, that Defendants' time to answer or otherwise respond to the Complaint

is extended up to and including October 24, 2011. The deadline to answer or otherwise respond

to the Complaint for all Defendants is currently September 22, 2011. The original deadline to

answer or otherwise respond to the Complaint for Defendant Koolpets Products, Inc. a/k/a

Produits Koolpets, Inc. was June 7, 2011 and for Defendants Francois Marois and Dany K. Kouri

it was June 8, 2011. This is the fourth request for an extension. The first request for an

extension was granted on June 6, 2011. The second request was granted on July 5, 2011. The

third request for an extension was granted on August 8, 2011. The parties have agreed to a

settlement in principle and request the current extension to allow them an opportunity to

negotiate a written settlement agreement.

   **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be

executed in counterparts with email, PDF or facsimile signatures treated as originals.

6858762.1

Dated: New York, New York
    September 19, 2011

DUANE MORRIS LLP

By: _____

Gregory P. Gulia
Mitchell A. Frank
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
*Attorneys for Plaintiff*

CARTER LEDYARD & MILBURN LLP

By: _____

Lawrence F. Carnevale
Rose Auslander
2 Wall Street
New York, New York 10005
*Attorneys for the Defendants*

SO ORDERED:

_____
U.S.D.J.        9/20/11

-2-

65952193.3

6858762.1